# EXHIBIT A




VIDEO: Meteotsunami pushes wave of water into homes along Sanibel Island

No doubt you've heard of a tsunami, which is a giant oceanic waves triggered primarily by earthquakes that can roll ashore, causing loss of life and disaster. But have you heard of meteotsunamis?

According to the National Oceanic and Atmospheric Administration, "*a meteotsunamis are large waves that scientists are just beginning to better understand. Unlike tsunamis triggered by seismic activity, meteotsunamis are driven by air-pressure disturbances often associated with fast-moving weather events, such as severe thunderstorms, squalls, and other storm fronts. The storm generates a wave that moves towards the shore, and is amplified by a shallow continental shelf and inlet, bay, or other coastal feature.*

"*Meteotsunamis have been observed to reach heights of 6 feet or more. They occur in many places around the world, including the Great Lakes, Gulf of Mexico, Atlantic Coast, and the Mediterranean and Adriatic Seas.*

"*Identifying a meteotsunami is a challenge because its characteristics are almost indistinguishable from a seismic tsunami. It can also be confused with wind-driven storm surge or a seiche. These uncertainties make it difficult to predict a meteotsunami and warn the public of a potential event. However, NOAA scientists have identified atmospheric conditions that are likely to generate a meteotsunami and continue to work on ways to forecast them.*"

The Suncoast didn't experience anything quite like that Thursday or so far Friday, but the waves coming in have been much larger than normal. This video from Patrick and Sandy Bogert is of waves crashing into the beach at Longboat Key:



### RECENT CONTENT



**NAACP Freedom Awards honors residents making a difference in the Sarasota community**
34th Annual Sarasota NAACP Freedom Awards.
By **Rick Adams**



▶ **Opening date for North Port's Aquatic Center may be getting closer**
Construction at the North Port Aquatic Center isn't over yet, but it may be done soon.
By **Francesca Constantini**



